# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1044**                                    **September Term, 2023**

SEC-2023-31

**Filed On:** June 21, 2024

John Doe,

       Petitioner

    v.

Securities and Exchange Commission,

       Respondent

**BEFORE:**    Henderson, Wilkins and Pan, Circuit Judges

# <u>UNDER SEAL OPINION NOT AVAILABLE TO THE PUBLIC</u>